IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00842-CMA-KLM

DENIS RYSKAMP, Derivatively on Behalf of BOULDER GROWTH & INCOME FUND,

    Plaintiff,

v.

JOEL W. LOONEY,
DEAN L. JACOBSON,
RICHARD I. BARR,
SUSAN L. COCIORA, and
JOHN S. HOREJSI,

    Defendants,

and

BOULDER GROWTH & INCOME FUND, INC.,

    Nominal Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court Defendants' **Unopposed Motion for a Uniform Response Date to the Verified Corrected Derivative Complaint and a Coordinated Briefing Schedule** [Docket No. 13; Filed May 6, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Defendants shall answer or otherwise respond to the Amended Complaint [#11] on or before **June 25, 2010**. Plaintiffs shall file a response to any motion to dismiss filed by Defendants on or **July 26, 2010**. Defendants may file a reply, if any, in support of their motion(s) to dismiss on or before **August 26, 2010**.

Dated: May 11, 2010