UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 10-CV-00842 CMA-KLM

DENIS RYSKAMP, Derivatively on Behalf of
BOULDER GROWTH & INCOME FUND, INC.,

    Plaintiff,

v.

JOEL W. LOONEY,
DEAN L. JACOBSON,
RICHARD I. BARR,
JOHN S. HOREJSI, and
SUSAN L. CICIORA,

    Defendants,

  and

BOULDER GROWTH AND INCOME FUND, INC.,

    Nominal Defendant.

---

**NOMINAL DEFENDANT BOULDER GROWTH AND INCOME FUND, INC.,
AND THE REVIEW COMMITTEE MEMBERS' MOTION TO DISMISS
PURSUANT TO F.R.C.P. 8(a), 12(b)(6), AND 23.1**

---

Nominal Defendant Boulder Growth and Income Fund, Inc. (the "Fund") and Defendants Joel W. Looney, Dean L. Jacobson, and Richard I Barr (the "Review Committee Members") hereby move for themselves, and on behalf of the Fund, pursuant to Rules 8(a), 12(b)(6), and 23.1 of the Federal Rules of Civil Procedure, to

dismiss both claims asserted by Plaintiff Denis Ryskamp ("Plaintiff") in his Verified Corrected Derivative Complaint for Breach of Fiduciary Duty and Unjust Enrichment (the "Amended Complaint").

Pursuant to Rules 12(b)(6) and 23.1, Review Committee Members move to dismiss Claims 1 and 2 on the ground that the claims are derivative in nature.  Because the claims are derivative in nature, Maryland law requires that Plaintiff make a demand on the Fund's Board of Directors (the "Board") demanding that this action be brought by and in the name of the Fund.  If the Board refuses to bring an action after investigating Plaintiff's demand – as it did in this instance – Plaintiff can only maintain an action in the name of the Fund if he alleges with the requisite particularity that the Fund wrongfully refused his demand.  The Amended Complaint fails to meet this pleading standard as required by both Maryland and federal law, and therefore must be dismissed.

Pursuant to Rule 8(a), the Review Committee Members also move to dismiss Claims 1 and 2 on the ground that Plaintiff has not adequately pled the claims for breach of fiduciary duty and unjust enrichment.  Because the Amended Complaint fails to meet Rule 8(a)'s pleading standard, Plaintiff's claims should be dismissed for this additional reason.

The Review Committee Members' Motion is based on the Motion, the Memorandum of Law in Support of the Motion, the Request for Judicial Notice with Exhibits thereto filed and served concurrently herewith, the allegations in Plaintiff's Amended Complaint and documents relied upon and referenced therein, along with the pleadings, records and files in this action, those matters of which this Court may take

judicial notice, and such further evidence and argument as may be presented prior to, or at the time of, any hearing on this Motion.

All matters outside the pleadings submitted with this Motion are either specifically referenced in the Amended Complaint, incorporated by reference in the Amended Complaint, or are matters of public record capable of judicial notice under Rule 201 of the Federal Rules of Evidence.  Therefore, the Court should not convert the motion to a motion for summary judgment.  If the Court declines to take judicial notice of certain matters submitted with the Motion in the Request for Judicial Notice, the Fund requests that the Court simply not consider the matters outside the pleadings.

Dated:  June 25, 2010    Respectfully Submitted,

By:  s/ William F. Sullivan

William F. Sullivan
Joshua G. Hamilton
D. Scott Carlton
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, California  90071-2228
Telephone:  (213) 683-6000
Facsimile:   (213) 627-0705
E-mail:       williamsullivan@paulhastings.com

Christian H. Hendrickson
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado  80202-3622
Telephone:  (303) 297-2900
Facsimile:  (303) 298-0940
E-mail:  chendrickson@shermanhoward.com

*Attorneys for Nominal Defendant Boulder Growth and Income Fund, Inc. and Defendants Joel W. Looney, Dean L. Jacobson, and Richard I. Barr*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2010, I electronically filed the foregoing Motion to Dismiss Pursuant to F.R.C.P. 8(a), 12(b)(6), and 23.1 with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kip Shuman
kip@shumanlawfirm.com
Attorney for Plaintiff
Denis Ryskamp


Matthew Groves
mgroves@messner.com
Attorney for Defendants
Susan L. Ciciora and John S. Horejsi


By:  s/ William F. Sullivan

*Attorney for Nominal Defendant Boulder Growth and Income, Inc. and Defendants Joel W. Looney, Dr. Dean L. Jacobson, and Richard I. Barr*