IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy: Deborah Hansen          Date:  April 13, 2011
Court Reporter:     Gwen Daniel

_____

Civil Action No.  10-cv-00842-WJM-KLM          Counsel:

DENIS RYSKAMP,                                          Jeffrey P. Harris
                                                       Kip B. Shuman
          Plaintiff,                                   Rusty E. Glenn

v.

JOEL W. LOONEY,
DEAN L. JACOBSON,                                      William F. Sullivan
RICHARD I. BARR,                                       Joshua G. Hamilton
SUSAN L. CICIORA, and                                  Christian H. Hendrickson
JOHN S. HOREJSI,
                                                       Bruce A. Montoya
          Defendants,                                  Edward J. Hafer

     - and  -

BOULDER GROWTH & INCOME FUND, INC.,

          Nominal Defendant.

_____


COURTROOM MINUTES
_____


MOTIONS HEARING

10:00 a.m.    Court in Session

Appearances

Court's comments

This matter is before the Court on two Motions to Dismiss: Nominal Defendant Boulder
Growth And Income Fund, Inc., And the Review Committee Members' Motion to

1

Dismiss Pursuant to F.R.C.P. 8(a), 12(b)(6), And 23.1, [Doc No. 32]; and Defendants' Horejsi and Ciciora's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and 23.1(a), [Doc No. 35].

10:04  Argument by Mr.  Sullivan

10:19  Argument by Mr. Hafer

10:25 Argument by Mr. Harris

10:48  Argument by Mr. Sullivan

10:51  Argument by Mr. Hafer

**ORDERED:  The Court finds the interests of justice will best be served by ordering Defendants to provide the Plaintiff with all the initial disclosures required by Rule 26(a)(1)(A )on or before May 10, 2011. The disclosures shall include copies of all documents referenced therein.**

**Any dispute as to such disclosures shall be directed to the District Judge and will not be referred to the Magistrate Judge.**

**ORDERED:  Defendants shall provide the Plaintiff all information and documents sought in the February 23, 2010 letter from Plaintiff's counsel to Defendants' counsel, which is Exhibit I to Nominal Defendant Boulder Growth and Income Fund, Inc., And The Review Committee Members' Request for Judicial Notice [Doc No. 34].**

**Any dispute shall be directed to the District Judge and will not be referred to the Magistrate Judge.**

**ORDERED:  Plaintiff has up to and including May 31, 2011 to file a Second Amended Complaint.**

**ORDERED:  Nominal Defendant Boulder Growth And Income Fund, Inc., And the Review Committee Members' Motion to Dismiss Pursuant to F.R.C.P. 8(a), 12(b)(6), And 23.1, [Doc No. 32] is DENIED WITHOUT PREJUDICE TO REFILE.**

**ORDERED:  Defendants' Horejsi and Ciciora's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and 23.1(a), [Doc No. 35] is DENIED WITHOUT PREJUDICE TO REFILE.**

**ORDERED:   Defendants have up to and including June 24, 2011 to refile their Motions to Dismiss, with respect to the Second Amended Complaint.**

**ORDERED:    Except as set forth above, the Magistrate Judge's Order staying discovery [Doc No. 61] shall remain in effect.**

10:55 a.m.    Court in Recess
              Hearing concluded
              Time: /55