UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 10-CV-00842 WJM-KLM

DENIS RYSKAMP, Derivatively on Behalf of
BOULDER GROWTH & INCOME FUND, INC.,

    Plaintiff,

v.

JOEL W. LOONEY, *et al.*,

    Defendants,

  and

BOULDER GROWTH AND INCOME FUND, INC.,

    Nominal Defendant.

**UNOPPOSED JOINT MOTION FOR ORDER TO APPLY STIPULATED PROTECTIVE ORDER AND FED. R. EVID. 502(D) ORDERS TO THE NEW DEFENDANTS NAMED IN SECOND AMENDED VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT**

Nominal defendant Boulder Growth and Income, Inc. (the "Fund"), and defendants Richard I. Barr, Joel W. Looney, and Dean L. Jacobson (collectively with the Fund, the "Review Committee Defendants"), defendants Susan L. Ciciora, John S. Horejsi, The Ernest Horejsi Trust No. 1B, defendants Stewart R. Horejsi, Stephen C. Miller, Joel L. Terwilliger, Boulder Investment Advisers, LLC, Stewart Investment Advisers, Fund Administrative Services, LLC, defendant Carl D. Johns, and plaintiff

Denis Ryskamp ("Plaintiff"), each by their respective counsel, hereby jointly request that the Court grant the parties' unopposed joint motion for an order that affords and subjects the newly added defendants in the Second Amended Verified Stockholder Derivative Complaint ("SAC") to all the rights, benefits, and obligations set forth in the existing stipulated protective order and Federal Rule of Evidence 502(d) orders previously entered by the Court. (*See* Dkt. Nos. 89, 99, 132, 146.)

**AS GROUNDS THEREFORE**, the Review Committee Defendants state:

1. Pursuant to D.C.COLO.LCivR 7.1, counsel for the Review Committee Defendants certifies that he has met and conferred with counsel for all other parties named in this action regarding the relief requested in this Unopposed Joint Motion. No parties object to the relief requested herein.

2. Prior to the filing of the SAC, the Court entered a stipulated protective order governing the parties' handling of materials produced in the litigation that are designated by the parties as "Highly Confidential" or "Confidential." (Dkt. No. 89.)

3. Additionally, the Court has entered three orders pursuant to Rule 502(d) of the Federal Rules of Civil Procedure related to the non-waiver of privileges and protections by the production of certain materials to the Plaintiff by the Review Committee Defendants. (*See* Dkt. Nos. 99, 132, 146.)

4. On October 11, 2011, Plaintiff filed the SAC. (Dkt. No. 150.) The SAC added eight new defendants. The newly added defendants are The Ernest Horejsi Trust No. 1B, Stewart R. Horejsi, Stephen C. Miller, Joel L. Terwilliger, Boulder Investment Advisers, LLC, Stewart Investment Advisers, Fund Administrative Services,

- 3 -

LLC, and Carl D. Johns (collectively, "Newly Added Defendants"). The Newly Added Defendants have not yet been served with the SAC, which attaches as exhibits documents that have been designated Highly Confidential pursuant to the stipulated protective order.

5. After conferring, the parties respectfully request that the Court enter the proposed order submitted herewith that affords and subjects the Newly Added Defendants to all the rights, benefits, and obligations set forth in the existing stipulated protective order and Federal Rule of Evidence 502(d) orders previously entered by the Court and identified on the docket as Docket Numbers 89, 99, 132, and 146.

6. By joining this Unopposed Joint Motion, the parties agree that the Newly Added Defendants have not waived or otherwise surrendered any arguments related to jurisdiction or proper service of the SAC.

Dated:  November 3, 2011          Respectfully Submitted,

s/ William F. Sullivan

William F. Sullivan
Joshua G. Hamilton
D. Scott Carlton
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90071-2228
Telephone:   (213) 683-6000
Facsimile:   (213) 627-0705
E-mail:       williamsullivan@paulhastings.com

          Christian H. Hendrickson
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202-3622
Telephone: (303) 297-2900
Facsimile: (303) 298-0940
E-mail: chendrickson@shermanhoward.com

*Attorneys for Nominal Defendant Boulder Growth and Income Fund, Inc. and Defendants Joel W. Looney, Dean L. Jacobson, and Richard I. Barr*

Dated: November 3, 2011                s/ Edward J. Hafer

Bruce A. Montoya
Edward J. Hafer
MESSNER & REEVES, LLC
1430 Wynkoop Street, Suite 300
Denver, CO 80202
Telephone: (303) 405-4192
Fax: (303) 623-0552
bmontoya@messner.com
ehafer@messner.com

*Attorneys for Defendants Susan L. Ciciora, John S. Horejsi, and The Ernest Horejsi Trust No. 1B*

Dated:  November 3, 2011        s/ Randall J. Fons

                                      Randall J. Fons
Nicole Serfoss
MORRISON & FOERSTER LLP
5200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202-5638
Tel:  (303) 592-1500
Fax:  (303) 592-1510
rfons@mofo.com

Jordan Eth
Judson Lobdell
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-6717
Fax:  (415) 268-7522
jlobdell@mofo.com

*Attorneys for Defendants Stewart R. Horejsi, Stephen C. Miller, Joel L. Terwilliger, Boulder Investment Advisers, LLC, Stewart Investment Advisers, Fund Administrative Services, LLC*

Dated:  November 3, 2011        s/ Michael R. MacPhail

Michael R. MacPhail
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street
Suite 4100
Denver, CO 80203-4541
Tel:  (303) 861-7000
Fax:  (303) 866-0200
michael.macphail@hro.com

*Attorneys for Defendant Carl D. Johns*

- 6 -

Dated:  November 3, 2011        s/ Kip B. Shuman

                                                    Kip B. Shuman
Rusty E. Glenn
THE SHUMAN LAW FIRM
885 Arapahoe Avenue
Boulder, CO 80302
Telephone: 303-861-3003
Fax: (513) 621-4896
kip@shumanlawfirm.com
rusty@shumanlawfirm.com

Jeffrey P. Harris
Brian Giles
STATMAN, HARRIS & EYRICH, LLC
3700 Carew Tower, 441 Vine Street
Cincinnati, Ohio 45202
Telephone: (513) 621-2666
Fax: 303-484-4886
jharris@statmanharris.com

*Attorneys for Plaintiff Denis Ryskamp*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kip Shuman
kip@shumanlawfirm.com
Rusty E. Glenn
Rusty@shumanlawfirm.com
Jeffrey P. Harris
jharris@statmanharris.com

***Attorneys for Plaintiff
Denis Ryskamp***

Bruce Montoya
bmontoya@messner.com
Edward J. Hafer
ehafer@messner.com

***Attorney for Defendants
Susan L. Ciciora, John S. Horejsi, and The Ernest Horejsi Trust No. 1B***

I hereby certify that on November 3, 2011, I caused the forgoing to be sent via U.S. Mail to the following addresses:

Michael R. MacPhail
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541

***Attorneys for Defendant Carl D. Johns***

Randall J. Fons
Nicole Serfoss
MORRISON & FOERSTER LLP
5200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202-5638

Judson Lobdell
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482

***Attorneys for Defendants Stewart R. Horejsi, Stephen C. Miller, Joel L. Terwilliger, Boulder Investment Advisers, LLC, Stewart Investment Advisers, Fund Administrative Services, LLC***


By:  s/ William F. Sullivan

***Attorney for Nominal Defendant Boulder Growth and Income, Inc. and Defendants Joel W. Looney, Dean L. Jacobson, and Richard I. Barr***