IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00842-WJM-KLM

DENIS RYSKAMP, Derivatively on Behalf of BOULDER GROWTH & INCOME FUND,

    Plaintiff,

v.

JOEL W. LOONEY,
DEAN L. JACOBSON,
RICHARD I. BARR,
SUSAN L. COCIORA,
JOHN S. HOREJSI,
STEWART R. HOREJSI,
STEPHEN C. MILLER,
JOEL TERWILLIGER,
CARL D. JOHNS,
THE ERNEST HOREJSI TRUST NO. 1B,
BOULDER INVESTMENT ADVISERS, LLC,
STEWART INVESTMENT ADVISERS, and
FUND ADMINISTRATIVE SERVICES, LLC,

    Defendants,

and

BOULDER GROWTH & INCOME FUND, INC.,

    Nominal Defendant.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Joint Motion for Leave to Amend Plaintiff's Second Amended Complaint** [Docket No. 162; Filed November 18, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Plaintiff shall file his proposed Third Amended Complaint on or before **November 30, 2011**. Defendants shall answer or otherwise respond to the Third Amended Complaint on or before **December 7,**

**2011**.  If Defendants file a Motion to Dismiss, Plaintiff shall respond in opposition to the Motion to Dismiss on or before **January 11, 2012**, and Defendants may reply in support of the Motion to Dismiss on or before **February 1, 2012**.

The Court directs Plaintiff to file a Third Amended Complaint in full, and not in piecemeal fashion as a supplement to the Second Amended Complaint.

IT IS FURTHER **ORDERED** that the page limitations stated in the Order issued October 31, 2011 [#153] remain in effect.

Dated:  November 21, 2011