UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 10-CV-00842 WJM-KLM

DENIS RYSKAMP, Derivatively on Behalf of
BOULDER GROWTH & INCOME FUND, INC.,

      Plaintiff,

v.

JOEL W. LOONEY, *et al.*,

      Defendants,

   and

BOULDER GROWTH AND INCOME FUND, INC.,

      Nominal Defendant.

---

**NOMINAL DEFENDANT BOULDER GROWTH AND INCOME FUND, INC., AND THE REVIEW COMMITTEE'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 23.1 and 12(b)(6)**

---

Nominal defendant Boulder Growth and Income Fund, Inc. and defendants Joel W. Looney, Dean L. Jacobson, and Richard I Barr (the "Review Committee") hereby move pursuant to Rules 23.1 and 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss all claims asserted by Plaintiff Denis Ryskamp ("Plaintiff") in his Third Amended Verified Stockholder Derivative Complaint (the "TAC").[1] Pursuant to D.C.COLO.LCIV.R. 7.1A and WJM Revised Practice Standard III.D.1, Defendants conferred with counsel for Plaintiff prior to filing this Motion, which Plaintiff opposes. Using their best efforts,

---

[1] Defendants respectfully request that the Court grant oral argument on the Motion.

the parties conferred about the contested deficiencies in the TAC, but could not agree that those contested deficiencies could be corrected by amendment or stipulation.[2]

Pursuant to Rule 23.1, the Review Committee moves to dismiss Claims 1 through 11 on the ground that, under Maryland law, the Review Committee properly refused Plaintiff's derivative demand.[3] Pursuant to Rule 12(b)(6), the members of the Review Committee also move to dismiss Claims 1 through 10 and fully join in and incorporate the concurrently filed motion to dismiss by defendants Susan L. Ciciora and John S. Horejsi. The Review Committee moves on the grounds that Plaintiff has met the pleading standards under Rules 8(a) and 9(b) with respect to his claims for breaches of fiduciary duty, aiding and abetting breaches of fiduciary duty, unjust enrichment, corporate waste, abuse of control, and unjust enrichment.

All matters that Defendants request the Court consider in ruling on this Motion are contained in or specifically referenced in the TAC, incorporated by reference, or are matters of public record capable of judicial notice under Rule 201 of the Federal Rules of Evidence. Therefore, the Court should not convert this Motion to a motion for summary judgment. If the Court declines to consider or take judicial notice of certain matters, Defendants request that the Court simply not consider the particular information it determines are outside the pleadings.

---

[2] Prior to Defendants filing a motion to dismiss the Second Amended Verified Stockholder Derivative Complaint ("SAC"), the parties met and conferred pursuant to D.C.COLO.LCIV.R. 7.1A and WJM Revised Practice Standard III.D.1. (*See* Dkt. No. 162 at 2.) The parties did agree that there were deficiencies regarding jurisdictional allegations in the SAC that could possibly be cured by amendment. (*Id.*) The parties' meet and confer process led to the filing of the TAC in an attempt to cure those deficiencies, which are not raised in this Motion. (Dkt. Nos. 164, 176.)

[3] To the extent Plaintiff has asserted new claims and new parties in the TAC that are outside the scope of his demand, Plaintiff's claims also fail because he has not alleged demand futility as required under Maryland law.

- 3 -

Dated:  December 16, 2011		Respectfully Submitted,

By:  s/ William F. Sullivan

William F. Sullivan
Joshua G. Hamilton
D. Scott Carlton
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, California  90071-2228
Telephone:  (213) 683-6000
Facsimile:   (213) 627-0705
E-mail:         williamsullivan@paulhastings.com


Christian H. Hendrickson
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado  80202-3622
Telephone:  (303) 297-2900
Facsimile:  (303) 298-0940
E-mail:  chendrickson@shermanhoward.com

*Attorneys for Nominal Defendant Boulder Growth and Income Fund, Inc. and Defendants Joel W. Looney, Dean L. Jacobson, and Richard I. Barr*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kip Shuman
*kip@shumanlawfirm.com*
Jeffrey P. Harris
*jharris@statmanharris.com*
**Attorneys for Plaintiff**
**Denis Ryskamp**

Bruce A. Montoya
*bmontoya@messner.com*
**Attorneys for Defendants**
**John S. Horejsi, Susan L. Ciciora and The The Ernest Horejsi Trust No. 1B**

Jordan Eth, Esq.
*jeth@mofo.com*
Judson E. Lobdell, Esq.
*jlobdell@mofo.com*
Randall J. Fons, Esq.
*rfons@mofo.com*
Nicole K. Serfoss, Esq.
*nserfoss@mofo.com*
**Attorneys for Defendants**
**Stewart J. Horejsi, Stephen C. Miller, Joel L. Terwilliger, Boulder Investment Advisers, LLC, Stewart Investment Advisers, and Fund Administrative Services, LLC**

Laura S. Perlov, Esq.
*laura.perlov@hro.com*
Michael Ross MacPhail, Esq.
*Michael.macphail@hro.com*
**Attorney for Defendant
Carl D. Johns**


By:  s/ William F. Sullivan

**Attorney for Nominal Defendant Boulder Growth and Income, Inc. and Defendants Joel W. Looney, Dean L. Jacobson, and Richard I. Barr**