UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 10-CV-00842 WJM-KLM

DENIS RYSKAMP, Derivatively on Behalf of
BOULDER GROWTH & INCOME FUND, INC.,

       Plaintiff,

v.

JOEL W. LOONEY, *et al.*,

       Defendants,

  and

BOULDER GROWTH AND INCOME FUND, INC.,

       Nominal Defendant.

---

## DEFENDANTS SUSAN L. CICIORA'S AND JOHN S. HOREJSI'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 8(a), 9(b), and 12(b)(6)

---

Defendants Susan L. Ciciora and John S. Horejsi (collectively, the "Director Defendants") hereby move, pursuant to Rules 8(a), 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss this entire action, and specifically Claims 1 through 10 asserted by plaintiff Denis Ryskamp ("Plaintiff") in his Verified Third Amended Derivative Complaint for Breach of Fiduciary Duty and Unjust Enrichment (the "TAC").

Pursuant to D.C.COLO.LCIV.R. 7.1A and WJM Revised Practice Standard III.D.1, Defendants conferred with counsel for Plaintiff prior to filing this Motion, which Plaintiff opposes.  Using their best efforts, the parties conferred about the contested

deficiencies in the TAC, but could not agree that those contested deficiencies could be corrected by amendment or stipulation.[1]

Pursuant to Rules 8(a), 9(b), and 12(b)(6), the Director Defendants also move to dismiss Claims 1 through 10 on the ground that Plaintiff has not adequately pled the claims for breaches of fiduciary duty, aiding and abetting breaches of fiduciary duty, unjust enrichment, corporate waste, abuse of control, and gross mismanagement in the TAC. Because the TAC fails to allege the necessary factual elements of the claims, the TAC does not meet either Rule 8(a)'s or 9(b)'s pleading standards, and thus the claims must be dismissed pursuant to Rule 12(b)(6).

All matters outside the pleadings submitted with this Motion are either contained in or specifically referenced in the TAC, incorporated by reference in the TAC, or are matters of public record capable of judicial notice under Rule 201 of the Federal Rules of Evidence. Therefore, the Court should not convert the motion to a motion for summary judgment. If the Court declines to take judicial notice of certain matters submitted with the Motion in the Request for Judicial Notice, the Director Defendants request that the Court simply not consider the matters outside the pleadings.

---

[1] Prior to Defendants filing a motion to dismiss the Second Amended Verified Stockholder Derivative Complaint ("SAC"), the parties met and conferred pursuant to D.C.COLO.LCIV.R. 7.1A and WJM Revised Practice Standard III.D.1. (*See* Dkt. No. 162 at 2.) The parties did agree that there were deficiencies regarding jurisdictional allegations in the SAC that could possibly be cured by amendment. (*Id.*) The parties' meet and confer process led to the filing of the TAC in an attempt to cure those deficiencies, which are not raised in this Motion. (Dkt. Nos. 164, 176.)

Dated:  December 16, 2011

/s/ Bruce Montoya
Bruce A. Montoya
Edward J. Hafer
MESSNER & REEVES, LLC
1430 Wynkoop Street, Suite 300
Denver, CO  80202
Telephone: (303) 405-4192
Fax:          (303) 623-0552
bmontoya@messner.com
ehafer@messner.com

*Attorneys for Defendants Susan L. Ciciora and John S. Horejsi*

## <u>CERTIFICATE OF SERVICE</u>

   I certify that on this 16th day of December, 2011, a true and correct copy of the foregoing **DEFENDANTS SUSAN L. CICIORA'S AND JOHN S. HOREJSI'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 8(a), 9(b), and 12(b)(6)** was filed and served via CM/ECF on all registered participants as identified on the Notice of Electronic Filing:

Daniel Scott Carlton -- scottcarlton@paulhastings.com

Joshua G. Hamilton -- joshuahamilton@paulhastings.com

William F. Sullivan -- williamsullivan@paulhastings.com

Jeffrey P. Harris -- jharris@statmanharris.com

Brian Thomas Giles – bgiles@statmanharris.com

Christian Heath Hendrickson -- chendrickson@shermanhoward.com

Rusty Evan Glenn -- rusty@shumanlawfirm.com

Kip Brian Shuman -- kip@shumanlawfirm.com

Michael Ross MacPhail -- michael.macphail@hro.com

Nicole R. Serfoss – nserfoss@mofo.com

Judson Earle Lobdell – jlobdell@mofo.com

Jordan D. Eth – jeth@mofo.com

Laura Stacey Perlov - laura.perlov@hro.com

Randall J. Fons - rfons@mofo.com

            *s/Jeanine A. Montoya*
            Jeanine A. Montoya