## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-842-WJM-KLM

DENIS RYSKAMP, derivatively on behalf of Boulder Growth & Income Fund, Inc.,

      Plaintiff,

v.

JOEL W. LOONEY,
DEAN L. JACOBSON,
RICHARD I. BARR,
SUSAN L. CICIORA,
JOHN S. HOREJSI,
STEWART R. HOREJSI,
STEPHEN C. MILLER,
JOEL L. TERWILLIGER,
CARL D. JOHNS,
THE ERNEST HOREJSI TRUST NO. 1B,
BOULDER INVESTMENT ADVISERS, LLC,
STEWART INVESTMENT ADVISERS; and
FUND ADMINISTRATIVE SERVICES, LLC

      Defendants,

and

BOULDER GROWTH & INCOME FUND, INC.,

      Nominal Defendant.

**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF DERIVIATIVE LITIGATION SETTLEMENT**

Plaintiff Denis Ryskamp ("Plaintiff"), by and through his undersigned attorneys and derivatively on behalf of Boulder Growth & Income Fund, Inc. ("Boulder"), hereby makes this unopposed Motion, pursuant to Federal Rule of Civil Procedure 23.1, for Preliminary Approval of Derivative Litigation Settlement (the "Motion") and in support thereof states as follows:

This Motion relates to the settlement of this derivative action brought by Plaintiff on behalf of nominal defendant Boulder against the other defendants (collectively, the "Parties"). On March 26, 2012, the Parties entered into a Stipulation and Agreement of Settlement (the "Agreement") (attached as Exhibit 1 to the accompanying Memorandum of Law in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Derivative Litigation Settlement). Pursuant to D.C.COLO.LCivR 7.1(A), Plaintiff's counsel has conferred with counsel for the defendants, and the defendants do not oppose the relief requested by this Motion.

Plaintiff respectfully requests in this Motion that the Court enter the [Proposed] Order Preliminarily Approving Derivative Litigation Settlement and Providing for Notice, attached hereto as Exhibit A (the "Order"), and grant the following relief: (1) preliminarily approving the Agreement; (2) approving the form and program of notice described in the Agreement and the Order; and (3) scheduling a fairness hearing before the Court to determine whether the proposed settlement should be finally approved.

The Parties agree that the terms of the proposed Settlement are fair and reasonable to all parties and confer a substantial benefit on Boulder and its

shareholders. For the reasons set forth in the accompanying Memorandum of Law, Plaintiff respectfully requests this Court grant the Motion and enter the Order.

Respectfully Submitted,

*/s/ Jeffrey P. Harris*
Jeffrey P. Harris
Brian T. Giles
STATMAN, HARRIS & EYRICH, LLC
3700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
T: (513) 621-2666 | F: (513) 621-4896
Email: jharris@statmanharris.com
Email: bgiles@statmanharris.com

*Attorneys for Denis Ryskamp*

4

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2012, I electronically filed the foregoing Plaintiff's Unopposed Motion for Preliminary Approval of Derivative Litigation Settlement with the Clerk of Court using the CM/ECF system which will send notification of such filing.

By: */s/* Jeffrey P. Harris_____